**19-23786**

**PROOF OF INCOME**

I, David Z. Valencik, do hereby verify that the Debtor, Barbara Mercalde D'Alessandro does not receive any paystubs. She is disabled and does not work.

DATE: ___10/30/2019_                              /s/David Z. Valencik, Esquire
                                                                David Z. Valencik, Esquire
                                                                Attorney for Debtor

**19-23786**

## PROOF OF INCOME

      I, David Z. Valencik, do hereby verify that the Debtor, Albert Richard Brunetti does not receive any paystubs. He receives $1,855.00 monthly form Social Security. He receives $1,564.00 monthly from retirement.


DATE:  ___10/30/2019_                             /s/David Z. Valencik, Esquire
                                                                         David Z. Valencik, Esquire
                                                                         Attorney for Debtor